IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHARON CRAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-438-SLP |
| | ) |
| CYPRUS MINES CORPORATION; | ) |
| JOHNSON & JOHNSON; and | ) |
| JOHNSON & JOHNSON CONSUMER | ) |
| INC., a subsidiary of JOHNSON & | ) |
| JOHNSON, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION OF CONSTITUTIONAL QUESTION

Upon review of Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Notice of Constitutional Challenge [Doc. No. 24] and the case record, the Court hereby certifies to the Oklahoma Attorney General that the constitutionality of Okla. Stat. tit. 23, § 9.1 has been questioned by Defendants in this action. Pursuant to Rule 5.1(c) of the Federal Rules of Civil Procedure, the Attorney General may intervene within 60 days after the filing of Defendant's Notice, or by August 24, 2019.

The Clerk of Court shall send a copy of this Certification to the Oklahoma Attorney General either by certified or registered mail or by transmission to an electronic address designated by the Attorney General for this purpose.

ENTERED this 26th day of June, 2019.

*[signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE